IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **CLIFFORD McMAUGH,**<br><br>    Plaintiff,<br><br>v.<br><br>**LANCO TRUCKING, INC., LANGDALE FOREST PRODUCTS CO., and JERALD STROUD**,<br><br>    Defendants. | Civil Action No. 7:13-CV125 (HL) |

### ORDER

Before the Court is the Defendants' Motion to Partially Dismiss Plaintiff's Complaint and Supporting Memorandum of Law (Doc. 8). In his response (Doc. 15), Plaintiff does not oppose the motion and concedes the legal arguments raised by Defendants. The partial motion to dismiss is, therefore, granted.

**SO ORDERED**, this the 15th day of January, 2014.

                          *s/ Hugh Lawson*
                          **HUGH LAWSON, SENIOR JUDGE**

scr